COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-426-CV

SHAWN KINSEY D/B/A APPELLANT

FOUNDATION CONCRETE CONSTRUCTION
 

V.

SANDY HILL REDI-MIX CONCRETE, INC.
  APPELLEE
 

 
 

----------

FROM THE 67
th
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: January 31, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.